**SAO**
RICHARD HARRIS, ESQ.
Nevada Bar No. 000505
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Ph: (702) 444-4444
Fx: (702) 444-4455
E-Mail: christian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ANN BRADLEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL FACILITY, INC., a Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants.<br>TOTAL FACILITY, INC., a Delaware Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>COOL AIR REFRIGERATION, INC., a California Corporation; DOES 31-30; DOE and ROE BUSINESS ENTITIES 21-30, inclusive,<br><br>Third-Party Defendant. | CASE NO. 2:19-cv-01413-KJD-BNW<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT TO ADD COOL AIR REFRIGERATION, INC. AS A DEFENDANT** |

IT IS HEREBY STIPULATED by and between Plaintiff, DEBORAH ANN BRADLEY, by and through her counsel from the RICHARD HARRIS LAW FIRM, and Defendant/Third-

1

Party Plaintiff, TOTAL FACILITY, INC., by and through its counsel of record from HALL JAFFE & CLAYTON, LLP, that Plaintiff, DEBORAH ANN BRADLEY's Complaint will be amended to add Third-Party Defendant, COOL AIR REFRIGERATION, INC. as a defendant in her lawsuit.

Dated this 20 day of August 2019

RICHARD HARRIS LAW FIRM

_____
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Deborah Ann Bradley*

Dated this 20th day of August 2019

HALL JAFFE & CLAYTON, LLP

*/s/ Taylor R. Anderson*
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendant/Third-Party Plaintiff*
*Total Facility, Inc.*

# ORDER

Based on the stipulation of the parties, Plaintiff DEBORAH ANN BRADLEY will be allowed to amend her Complaint and name Third-Party Defendant, COOL AIR REFRIGERATION, INC. as a defendant in her lawsuit.

DATED this 21st day of August 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE