STACEY A. UPSON, ESQ.
State Bar No. 004773
**THE LAW OFFICES OF S. DENISE MCCURRY**
Mail to:
P.O. Box 258829
Oklahoma City, OK  73125-8829
Physical Address:
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone:  (702) 408-3800
stacey.upson@farmersinsurance.com
Attorney for Defendant,
COOL AIR REFRIGERATION, INC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEBORAH ANN BRADLEY, individually,

    Plaintiffs,

vs.

TOTAL FACILITY INC., a corporation; COOL AIR REFRIGERATION, INC., a California Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,

    Defendants.

---

TOTAL FACILITY, INC A DELAWARE CORPORATION,

    Third Party Plaintiff,

vs.

COOL AIR REFRIGERATION, INC. A CALIFORNIA CORPORATION; DOES 21-30 DOE AND ROE BUSINESS ENTITIES 1-2,

    Third Party Defendant.

Case No.: 2:19-CV-01413-KJD-BNW

**STIPULATION AND ORDER TO STAY DISCOVERY**

///

STIPULATION AND ORDER TO STAY DISCOVERY 1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DEBORAH ANN BRADLEY, by and through her attorney, Christian Z. Smith, Esq., counsel for Defendant/Third-Party Defendant, COOL AIR REFRIGERATION, INC., Stacey A. Upson Esq., of The Law Offices of S. Denise McCurry and Defendant/Third-Party Plaintiff TOTAL FACILITY INC, by and through its counsel, Taylor R. Anderson, Esq. of HALL JAFFE & CLAYTON, LLP, that discovery in this matter be stayed for a period of six (6) months.

This Stipulation is based upon the following discussions between the parties:

1. Currently pending before the Court are two Motions for Summary Judgment. The parties believe based upon the current court docket, no determination on the Motions will rendered prior to the expert disclosure deadline of December 16, 2019, and the deadline to file the Joint Interim Status Report of December 16, 2019.

2. A two week extension to Discovery responses to Plaintiff's Interrogatories and Requests for Production of Documents has been granted by Plaintiff to allow the Defendants ample opportunity to gather responsive documents.

3. Defendants have provided an extension to Plaintiff to respond to both motions up to and including, January 10, 2020 with any Replies of Defendants due on or before February 3, 2020.

4. The parties wish to avoid costly discovery, including experts, in the event the motions are granted. As a result, the instant stay is being sought in good faith.

Based upon the above, the parties respectfully request a stay of all discovery for a period of six (6) months.

DATED: Nov 26, 2019

THE LAW OFFICES OF S. DENISE MCCURRY

BY: _____
Stacey A. Upson, Esq., # 4773
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Attorney for Defendant/Third Party Defendant,
Cool Air Refrigeration, Inc.

DATED: 11/2/19, 2019

RICHARD HARRIS LAW FIRM

BY: _____
Christian Z. Smith, Esq. #8266
801 S. Fourth Street
Las Vegas, NV 89101
Attorney for Plaintiff, Deborah Ann Bradley

DATED: 11/20/19, 2019

HALL JAFFE & CLAYTON, LLP

BY: _____
Taylor R. Anderson, Esq. #15136C
7425 Peak Drive
Las Vegas, NV 89128
Attorney for Defendant/Third Party Plaintiff, Total Facility Inc

## ORDER

BASED UPON THE STIPULATION OF COUNSEL,

IT IS HEREBY ORDERED all discovery in this matter is stayed for a period of six (6) months.

IT IS SO ORDERED THIS ____ DAY OF _____, 2019

_____
U.S. DISTRICT JUDGE

Respectfully Submitted,

LAW OFFICES OF S. DENISE MCCURRY

_____ For 7085
Stacey A. Upson, Esq. #4773
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Attorneys for Defendant/Third Party Defendant, Cool Air Refrigeration, Inc.